UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TERRI BAKER,

        Plaintiff,

-vs-                                        Case No. 5:09-cv-480-FtM-SPC

MICHAEL J. ASTRUE,
Commissioner of Social Security

        Defendant.
_____

### ORDER

This matter comes before the Court *sua sponte*.  On February 11, 2011, this Court entered an Order affirming the decision of the Commissioner.  The Court will now direct that judgment be entered.

Accordingly, it is now

**ORDERED:**

The Clerk of the Court is hereby directed to issue a judgement consistent with this Court's February 11, 2011 Order affirming the decision of the Commissioner and to thereafter close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __14th__ day of February, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record